# Order

Michigan Supreme Court
Lansing, Michigan

December 12, 2012

145536

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JAMES HENRY NELSON,
        Defendant-Appellant.

SC: 145536
COA: 306864
Oakland CC: 2009-227279-FH

_____/

On order of the Court, the application for leave to appeal the June 21, 2012 order of the Court of Appeals is considered. We DIRECT the Oakland County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

The application for leave to appeal remains pending.

MARILYN KELLY, J., would order the circuit court to appoint replacement counsel to complete defendant's appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 12, 2012

_____
Clerk

h1205